IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bowman, John A

Printed: 12/23/08

Case Number: 08 B 08967
Judge: Wedoff, Eugene R
Filed: 4/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 16, 2008
Confirmed: June 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,640.20 |  |
| Secured: |  | 750.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,941.50 |
| Trustee Fee: |  | 256.93 |
| Other Funds: |  | 1,691.77 |
| Totals: | 5,640.20 | 5,640.20 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,941.50 | 2,941.50 |
| 2. | Tempus Palms International | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Asset Acceptance | Secured | 0.00 | 0.00 |
| 5. | HSBC Auto Finance | Secured | 23,819.84 | 550.00 |
| 6. | Tempus Palms International | Secured | 593.65 | 200.00 |
| 7. | Wells Fargo Home Mortgage | Secured | 9,375.13 | 0.00 |
| 8. | Sallie Mae | Unsecured | 5,577.87 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 6,234.26 | 0.00 |
| 10. | HSBC Auto Finance | Unsecured | 19.63 | 0.00 |
| 11. | Nicor Gas | Unsecured | 579.51 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 132.85 | 0.00 |
| 13. | Seaway National Bank | Unsecured |  | No Claim Filed |
| 14. | Check Recovery Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 49,274.24 | $ 3,691.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 239.74 |
| 6.6% | 17.19 |
|  | $ 256.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bowman, John A

Printed: 12/23/08

Case Number:  08 B 08967
Judge:  Wedoff, Eugene R
Filed:  4/12/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

